Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:       Clerk, U.S. Bankruptcy Court

Re:       UNDISTRIBUTED FUNDS

Case No.:  6:05-bk-18877-DS

Debtor(s):  JOHN E MURPHY
            14082 TICONDEROGA CT
            FONTANA, CA  92336

Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| JOHN E MURPHY | $115.89 |

Dated:  11/16/10

Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| ROD DANIELSON, Chapter 13 Trustee | | | | | | Check #: 0332782 | |
|---|---|---|---|---|---|---|---|
| Payee: US BANKRUPTCY COURT | | | | | | Date: Nov 15, 2010 | |
| Case # | Debtor Name(s) | | Account # | Claim # | Payment | Interest | Principal |
| 0518877 | JOHN E MURPHY | | | 00000 | 115.89 | 0.00 | 115.89 |

| | | | | TOTALS: | 115.89 | 0.00 | 115.89 |

---

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

JOHN E MURPHY
BALANCE: [0.00 Claim:00000]
ACCT:
PRINCIPAL: 115.89
CASE: 0518877
INTEREST: 0.00

16-4430
1220

1ST ENTERPRISE BANK
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
0332782

CHECK DATE: Nov 15, 2010
AMOUNT: ********115.89**
VOID 45 DAYS FROM DATE

PAY    One Hundred Fifteen And 89 / 100 Dollars

TO THE ORDER OF    US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0332782⑈ ⑆122044300⑆ ⑈030⑈100078⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT